IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 06-2149-1-TUC-RCC(CRP) |
| Plaintiff, | **ORDER** |
| vs. | |
| EDUARDO REYMUNDO REYNA, | |
| Defendant. | |

The Court has reviewed the pleadings, the video tape, the exhibits and the transcript from the hearing on the Motion to Suppress,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#54).

**IT IS FURTHER ORDERED DENYING** the Defendant's Motion to Suppress (#25)

DATED this 24th day of October, 2007.

_____
Raner C. Collins
United States District Judge